**Order filed July 11, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00248-CV
_____

**EDWARD PAUL CELESTINE, Appellant**

**V.**

**COURTYARD OF THREE FOUNTAINS ASSOCIATION AND KRJ MANAGEMENT, INC., Appellees**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1006812**

---

## ORDER

Appellant's brief was filed June 1, 2012. The court has determined that appellant has not properly presented this cause in his brief on file. Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Litigants who appear pro se must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank*

*v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, pursuant to Rule 38.9(b), the court orders appellant to file a corrected brief complying with the rules of appellate procedure **within 30** days of the date of this order. *See* Tex. R. App. P. 38.9(b). If appellant fails to file a brief within 30 days that complies with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM